■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS KNIGHT, Appellant. [696 NYS2d 414] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered September 5, 1997, convicting him of criminal possession of a weapon in the second degree and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his conviction is not supported by legally sufficient evidence is unpreserved for appellate review (*see, People v Vega,* 183 AD2d 864). In any event,

viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review, without merit, or do not warrant reversal. Thompson, J. P., Altman, Feuerstein and Schmidt, JJ., concur.